**IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN LUNG ASSOCIATION, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,<br><br>Respondents. | Case No. __26-1238________ |

**PETITION FOR REVIEW**

Pursuant to Clean Air Act Section 7607(b)(1), 42 U.S.C. § 7607(b)(1); Federal Rule of Appellate Procedure 15(a); and D.C. Circuit Rule 15(a), American Lung Association, American Public Health Association, Clean Air Council, Clean Wisconsin, Environmental Defense Fund, and Natural Resources Defense Council, Inc., hereby petition this Court for review of a final action taken by Respondents United States Environmental Protection Agency and Lee Zeldin, Administrator, United States Environmental Protection Agency, entitled "Partial Repeal of the Carbon Pollution Standards for Fossil Fuel-Fired Electric Generating Units," and

published in the Federal Register at 91 Fed. Reg. 58954 (Sept. 17, 2026). A copy of EPA's final action is attached to this petition.

DATED: September 17, 2026

Respectfully submitted,

/s/ *Sean H. Donahue*
Chloe H. Kolman
Sean H. Donahue
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Ave., SE
Washington, D.C. 20003
Tel: (202) 372-5270 (Kolman)
chloe@donahuegoldberg.com
sean@donahuegoldberg.com

Vickie L. Patton
Noha Haggag
Environmental Defense Fund
2060 Broadway St., Ste. 300
Boulder, CO 80302
(202) 572-3286 (Haggag)
vpatton@edf.org
nhaggag@edf.org

*Counsel for Petitioner Environmental Defense Fund*

Meredith Hankins
Sarah Buckley
David Doniger
Glenda Valdez
Abirami Vijayan
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
(202) 836-9555
mhankins@nrdc.org
sbuckley@nrdc.org
ddoniger@nrdc.org
gvaldez@nrdc.org
avijayan@nrdc.org

*Counsel for Petitioner Natural Resources Defense Council*

Francis W. Sturges, Jr.
Jeffrey Hammons
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(617) 624-0234
fsturges@catf.us

*Counsel for American Lung Association, American Public Health Association, Clean Air Council, and Clean Wisconsin*

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| AMERICAN LUNG ASSOCIATION, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,<br><br>Respondents. | ) | Case No. 26-1238__________ |

**RULE 26.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Petitioners in the above-captioned case make the following disclosures:

American Lung Association is a non-profit corporation organized under the laws of the State of Maine, whose mission is to save lives by improving lung health and preventing lung disease through education, advocacy, and research. American Lung Association does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in American Lung Association.

American Public Health Association is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts that represents more than 23,000 individual members and speaks out for public health issues and policies backed by science. American Public Health Association does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in American Public Health Association.

Clean Air Council is a non-profit corporation organized under the laws of the State of Pennsylvania, dedicated to protecting and defending everyone's right to a healthy environment, including everyone's right to breathe clean air. Clean Air Council does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Clean Air Council.

Clean Wisconsin is a non-profit corporation organized under the laws of the State of Wisconsin, whose mission is to combat climate change and pollution in our air, water and land to ensure a healthy future for every Wisconsin community. It pursues this mission using scientific, legal, and policy expertise to be an effective voice in the legislature, state and federal agencies, and the courts. Clean Wisconsin does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Clean Wisconsin.

Environmental Defense Fund is a non-profit corporation organized under the laws of the State of New York, dedicated to finding practical solutions to critical

environmental problems through the use of law, policy, science, and economics. Environmental Defense Fund does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Environmental Defense Fund.

Natural Resources Defense Council, Inc., is a non-profit corporation organized under the laws of the State of New York, whose purpose is to safeguard the Earth – its people, its plants and animals, and the natural systems on which all life depends. Natural Resources Defense Council does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Natural Resources Defense Council.

DATED: September 17, 2026

Respectfully submitted,

/s/ *Sean H. Donahue*

Chloe H. Kolman
Sean H. Donahue
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Ave., SE
Washington, D.C. 20003
Tel: (202) 372-5270 (Kolman)
chloe@donahuegoldberg.com
sean@donahuegoldberg.com

Vickie L. Patton
Noha Haggag
Environmental Defense Fund
2060 Broadway St., Ste. 300
Boulder, CO 80302
(202) 572-3286 (Haggag)
vpatton@edf.org
nhaggag@edf.org

*Counsel for Petitioner Environmental Defense Fund*

Meredith Hankins
Sarah Buckley
David Doniger
Glenda Valdez
Abirami Vijayan
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
(202) 836-9555
mhankins@nrdc.org
sbuckley@nrdc.org
ddoniger@nrdc.org
gvaldez@nrdc.org
avijayan@nrdc.org

*Counsel for Petitioner Natural Resources Defense Council*

Francis W. Sturges, Jr.
Jeffrey Hammons
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(617) 624-0234
fsturges@catf.us

*Counsel for American Lung Association, American Public Health Association, Clean Air Council, and Clean Wisconsin*

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Petition for Review and Rule 26.1 Disclosure Statement have been served by United States first-class mail this 17th day of September, 2026, upon the following:

Administrator Lee Zeldin
U.S. Environmental Protection Agency
Office of the Administrator – 1101A
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Todd Blanche
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

U.S. Environmental Protection Agency
Correspondence Control Unit
Office of General Counsel - 2311
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Respectfully submitted,

/s/ *Sean H. Donahue*
Sean H. Donahue

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Petition for Review and Rule 26.1 Disclosure Statement have been served by United States first-class mail this 17th day of September, 2026, upon the following:

Administrator Lee Zeldin
U.S. Environmental Protection Agency
Office of the Administrator – 1101A
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Todd Blanche
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

U.S. Environmental Protection Agency
Correspondence Control Unit
Office of General Counsel - 2311
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Respectfully submitted,

/s/ *Sean H. Donahue*
Sean H. Donahue