ORAL ARGUMENT NOT YET SCHEDULED

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| STATE OF NEW YORK et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,<br><br>Respondents. | Case No. 26-1259 (consolidated with Case No. 26-1238) |

**NONBINDING STATEMENT OF ISSUES**

Pursuant the Court's October 1, 2026 Order, Petitioners in Case No. 26-1259 (State and Local Government Petitioners) submit the following nonbinding statement of issues to be raised in this proceeding concerning the U.S. Environmental Protection Agency's (EPA) final rule "Partial Repeal of the Carbon Pollution Standards for Fossil Fuel-Fired Electric Generating Units," 91 Fed. Reg. 58954 (Sep. 17, 2026) (the Repeal). The Repeal rescinds most of the standards set forth in the final rule "New Source Performance Standards for Greenhouse Gas Emissions from New, Modified, and Reconstructed Fossil Fuel-Fired Electric Generating Units; Emission Guidelines for Greenhouse Gas Emissions from

Existing Fossil Fuel-Fired Electric Generating Units; and Repeal of the Affordable Clean Energy Rule," 89 Fed. Reg. 39798 (May 9, 2024).

1. Whether EPA's failure to consider reasonable alternatives to the Repeal and to give a reasoned explanation for its rejection of such alternatives was arbitrary and capricious, or was otherwise contrary to law, in violation of Clean Air Act section 307, 42 U.S.C. § 7607.

2. Whether EPA's failure to qualitatively or quantitatively evaluate and consider the effects associated with the increase in greenhouse gas emissions that will result from the Repeal was arbitrary and capricious, or was otherwise contrary to law, in violation of Clean Air Act sections 111 and 307, 42 U.S.C. §§ 7411, 7607.

3. Whether EPA's failure to qualitatively or quantitatively evaluate and consider the effects associated with the increased emission of fine particulate matter, ground-level ozone, and other co-pollutants that will result from the Repeal was arbitrary and capricious, or was otherwise contrary to law, in violation of Clean Air Act sections 111 and 307, 42 U.S.C. §§ 7411, 7607.

4. Whether EPA's action to rescind emission guidelines for existing power plants without replacing those guidelines violated its obligation under Clean Air Act section 111(d), 42 U.S.C. § 7411(d), to issue regulations for existing

sources covered by a new source standard, or was otherwise arbitrary and capricious.

5. Whether EPA's failure to adequately explain the reasons underlying the Repeal, including its change of position from prior agency practice and findings and its failure to address or respond to material public comments and pertinent findings of the National Academy of Sciences, is arbitrary and capricious and violated Clean Air Act section 307, 42 U.S.C. § 7607.

Petitioners reserve the right to modify this list and to address these and other issues in more detail in future filings.

Dated: November 2, 2026

Respectfully submitted,

**STATE OF NEW YORK**
LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
Solicitor General
JUDITH N. VALE
Deputy Solicitor General
MATTHEW WILLIAM GRIECO
Senior Assistant Solicitor General

*/s/ Libby Dimenstein*
MORGAN A. COSTELLO
Deputy Bureau Chief
MICHAEL J. MYERS
Senior Counsel for Air Pollution
and Climate Change Litigation
JOHN BRODERICK
LIBBY DIMENSTEIN
ASHLEY M. GREGOR
Assistant Attorneys General
Environmental Protection Bureau
NYS Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8469
Judith.Vale@ag.ny.gov
Matthew.Grieco@ag.ny.gov
Morgan.Costello@ag.ny.gov
Michael.Myers@ag.ny.gov
John.Broderick@ag.ny.gov
Libby.Dimenstein@ag.ny.gov
Ashley.Gregor@ag.ny.gov

**STATE OF ARIZONA**
KRIS MAYES
ATTORNEY GENERAL

*/s/ Benjamin L. Champion*
BENJAMIN L. CHAMPION
Special Assistant Attorney General
Environmental Protection Unit
Office of the Attorney General
2005 N. Central Ave
Phoenix, AZ 85085
(520) 628-6653
Benjamin.Champion@azag.gov

**STATE OF CALIFORNIA**
ROB BONTA
ATTORNEY GENERAL

*/s/ Jonathan A. Wiener*
JONATHAN A. WIENER
KAVITA P. LESSER
THEODORE A.B. MCCOMBS
Deputy Attorneys General
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
(415) 510-5439
Jonathan.Wiener@doj.ca.gov

**STATE OF COLORADO**
PHILIP J. WEISER
ATTORNEY GENERAL

*/s/ Carrie Noteboom*
CARRIE NOTEBOOM
Assistant Deputy Attorney General
Ralph L. Carr Judicial Center
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
carrie.noteboom@coag.gov

**STATE OF CONNECTICUT**
WILLIAM TONG
ATTORNEY GENERAL

*/s/ Scott N. Koschwitz*
MATTHEW I. LEVINE
Deputy Associate Attorney General
SCOTT N. KOSCHWITZ
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
scott.koschwitz@ct.gov

**STATE OF DELAWARE**
KATHLEEN JENNINGS
ATTORNEY GENERAL

*/s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
ROBIN L. JACOBS
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

**STATE OF HAWAIʻI**
ANNE E. LOPEZ
ATTORNEY GENERAL

*/s/ Lyle T. Leonard*
LYLE T. LEONARD
Deputy Attorney General
465 S. King Street, #200
Honolulu, HI 96813
(808) 587-3052
Lyle.T.Leonard@hawaii.gov

**STATE OF ILLINOIS**
KWAME RAOUL
ATTORNEY GENERAL

*/s/ Jason E. James*
JASON E. JAMES
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division
JOANNA BRINKMAN
Complex Litigation Counsel
Illinois Attorney General's Office
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
jason.james@ilag.gov

**STATE OF MAINE**
AARON M. FREY
ATTORNEY GENERAL

*/s/ Emma Akrawi*
EMMA AKRAWI
Assistant Attorney General
Natural Resources Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
Emma.Akrawi@maine.gov

**STATE OF MARYLAND**
ANTHONY G. BROWN
ATTORNEY GENERAL

*/s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN
Assistant Attorney General
Office of the Attorney General of
Maryland
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6414
sgoldstein@oag.maryland.gov

**COMMONWEALTH OF MASSACHUSETTS**
ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Turner H. Smith*
TURNER H. SMITH
Deputy Bureau Chief
AMY LAURA CAHN
Special Assistant Attorney General
JULIA JONAS-DAY
Assistant Attorney General for Climate Change
EMILY SWANSON
Assistant Attorney General
Energy and Environment Bureau
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
(617) 963-2782
Turner.Smith@mass.gov

**STATE OF MICHIGAN**
DANA NESSEL
ATTORNEY GENERAL

*/s/ Hadley E. Tuthill*
HADLEY E. TUTHILL
Assistant Attorney General
Michigan Department of Attorney General
Environment, Natural Resources, and Agriculture Division
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7664
TuthillH@michigan.gov

**STATE OF MINNESOTA**
KEITH ELLISON
ATTORNEY GENERAL

*/s/ Peter N. Surdo*
PETER N. SURDO
Special Assistant Attorney General
Manager, Rule of Law Division
Office of the Minnesota Attorney General
445 Minnesota Street Suite 600
Saint Paul, MN 55101
(651) 300-6637
peter.surdo@ag.state.mn.us

**STATE OF NEW JERSEY**
JENNIFER DAVENPORT
ATTORNEY GENERAL

*/s/ Lisa J. Morelli*
LISA J. MORELLI
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
(609) 376-2740
Lisa.Morelli@law.njoag.gov

**STATE OF NEW MEXICO**
RAÚL TORREZ
ATTORNEY GENERAL

/s/ J. Spenser Lotz
J. Spenser Lotz
Assistant Attorney General
Environmental Protection Bureau
201 Third St. NW, Suite 300
Albuquerque, NM 87102
(505) 616-7560
slotz@nmdoj.gov

**STATE OF NORTH CAROLINA**
JEFF JACKSON
ATTORNEY GENERAL

/s/ Asher P. Spiller
ASHER P. SPILLER
Senior Deputy Attorney General
TAYLOR H. CRABTREE
Special Deputy Attorney General
ABE S. EICHNER
Assistant Attorney General
P.O. Box 629
Raleigh, NC 27602
(919) 716-6600
aspiller@ncdoj.gov
tcrabtree@ncdoj.gov
aeichner@ncdoj.gov

**STATE OF OREGON**
DAN RAYFIELD
ATTORNEY GENERAL

/s/ Paul Garrahan
PAUL GARRAHAN
Sr. Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

**GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA**
JOSH SHAPIRO

JENNIFER SELBER
GENERAL COUNSEL

/s/ Robert A. Reiley
ROBERT A. REILEY
Deputy Chief Counsel
The Pennsylvania Governor's Office of General Counsel
Office of Chief Counsel, Department of Environmental Protection
RCSOB, 400 Market Street, 9th Fl.
Harrisburg, PA 17105-8464
(717) 787-0478
RReiley@pa.gov

**STATE OF RHODE ISLAND**
PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Nicholas M. Vaz*
NICHOLAS M. VAZ
Assistant Attorney General
Rhode Island Office of the Attorney General
Environment and Energy Unit Chief
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

**STATE OF VERMONT**
CHARITY R. CLARK
ATTORNEY GENERAL

/s/ *Hannah Yindra*
HANNAH YINDRA
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

**STATE OF WASHINGTON**
NICHOLAS W. BROWN
ATTORNEY GENERAL

*/s/ Zachary S. Packer*
ZACHARY S. PACKER
CHRISTOPHER H. REITZ
Assistant Attorneys General
Office of the Attorney General
P.O. Box 40117
Olympia, WA 98504-0117
(564) 669-8864
zachary.packer@atg.wa.gov

**STATE OF WISCONSIN**
JOSHUA L. KAUL
ATTORNEY GENERAL

/s/ *Gabe Johnson-Karp*
GABE JOHNSON-KARP
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-8904
gabe.johnson-karp@wisdoj.gov

**DISTRICT OF COLUMBIA**
BRIAN L. SCHWALB
ATTORNEY GENERAL

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General for the District of Columbia
400 6th Street, N.W., Suite 8100
Washington, D.C. 20001
caroline.vanzile@dc.gov

**CITY OF CHICAGO, ILLINOIS**
RENEE CAMILLE HATCHER
ACTING CORPORATION COUNSEL

*/s/ Myriam Zreczny Kasper*
MYRIAM ZRECZNY KASPER
Deputy Corporation Counsel
GABRIELLE SIGEL
Assistant Corporation Counsel Supervisor
BRADLEY R. RYBA
Assistant Corporation Counsel
City of Chicago Department of Law
2 North LaSalle Street, Suite 580
Chicago, IL 60602
(312) 744-3564
Myriam.Kasper@cityofchicago.org
Gabrielle.Sigel@cityofchicago.org
Bradley.Ryba@cityofchicago.org

**CITY AND COUNTY OF DENVER, COLORADO**
MIKO ANDO BROWN
CITY ATTORNEY

*/s/ Kristin Brainerd*
KRISTIN BRAINERD
Assistant City Attorney
Denver City Attorney's Office
201 W. Colfax Avenue, Dept. 1207
Denver, CO 80202
(720) 913-3212
Kristin.Brainerd@denvergov.org

**CITY OF NEW YORK, NEW YORK**
STEVEN BANKS
CORPORATION COUNSEL

*/s/ Alice R. Baker*
ALICE R. BAKER
Senior Counsel
TESS DERNBACH
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2314
albaker@law.nyc.gov
tdernbac@law.nyc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2026, I electronically filed the foregoing Nonbinding Statement of Issues via the Court's CM/ECF system, which will provide copies to all counsel registered to use the CM/ECF system.

/s/ *Libby Dimenstein*
Libby Dimenstein