ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| American Lung Association, American Public Health Association, Clean Air Council, Clean Wisconsin, Environmental Defense Fund, and Natural Resources Defense Council,<br><br>Petitioners,<br><br>v.<br><br>U.S. Environmental Protection Agency and Lee Zeldin, in his capacity as Administrator, U.S. Environmental Protection Agency,<br><br>Respondents. | Nos. 26-1238 and consolidated cases |

**EPA's Motion for Extension**

EPA requests that the Court extend the deadline to submit briefing proposals, to December 22, 2026. *See* D.C. Cir. R. 27(g). Petitioners in Case Nos. 26-1238, 26-1259, and 26-1320, along with State Intervenors and Industry Intervenors, do not oppose. Petitioners in Case No. 26-1321 did not respond with their position.

These consolidated petitions challenge EPA's Clean Air Act rule, Partial Repeal of the Carbon Pollution Standards for Fossil Fuel-Fired Electric Generating

Units, 91 Fed. Reg. 58941 (Sept. 17, 2026). The first petition for review was filed on the day of the rule's Federal Register publication.

On November 5, the Court ordered the parties to submit proposed briefing formats by December 7, 2026. Meanwhile, the period to challenge the rule did not close until November 16, 2026, and on that day, two more petitions were filed and consolidated with the lead case. *See* 42 U.S.C. § 7607(b)(1). Though the parties had begun discussing a briefing schedule, more parties have since joined the case.

Given that all the parties still need to get together and discuss briefing, and given that EPA's lead counsel has pre-scheduled vacation from November 23 through December 7, EPA asks for an extension of the deadline to submit proposed briefing formats, to December 22, 2026. This modest extension will allow the parties the time they need to discuss and attempt to reach agreement on how to brief this case.

Submitted on November 20, 2026


Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

*/s/ Sue Chen*
Sue Chen
Kristen Sarna
U.S. Department of Justice
Energy & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 598-5334

sue.chen@usdoj.gov

## Certificates of Compliance and Service

I certify that this motion complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 231 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on November 20, 2026, I filed this motion using the Court's CMS/ECF system, which will notify each party.

*/s/ Sue Chen*
Sue Chen